UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CHARLES JENKINS, | No. C-12-3054 EMC (pr) |
|     Petitioner, | |
|     v. | **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |
| P. L. VASQUEZ (Warden), | |
|     Respondent. | |

This petition for writ of habeas corpus was denied on the merits on December 6, 2013, and the Court declined to issue a certificate of appealability. Petitioner has now filed a motion for a certificate of appealability. The motion (Docket No. 21) is **DENIED** for the reasons set forth before and as this is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: January 9, 2014

_____
EDWARD M. CHEN
United States District Judge